# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL ROSA VENANCIO<br>    Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROL, HSI New England Special<br>    Agent in Charge,<br>TODD LYONS, Acting Director U.S. Immigration<br>    and Customs Enforcement, and<br>KRISTI NOEM, Secretary of Homeland Security | Case No. _____<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## **INTRODUCTION**

1. Rafael Rosa Venancio is a Brazilian national. Petitioner entered the United States without inspection on or around June 15, 2021, at or near San Luis, Arizona. He was arrested and placed into removal proceedings. On January 10, 2024, Petitioner was granted Special Immigrant Juvenile Status through an approved Form I-360, Petition for Amerasian, Widower, or Special Immigrant ("Form I-360"). Petitioner was granted Deferred Action for a period of four years in that same approval notice. Subsequently, based on this approved form of relief, Petitioner's removal proceedings were terminated by an immigration judge at the Chelmsford Immigration Court.

2. On information and belief, he was unlawfully detained by federal immigration agents on September 17, 2025, at around 5 o'clock in the morning at 125 5th Street, Leominster, Massachusetts, 01453.

3. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

4. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## JURISDICTION

5. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

6. Venue is proper because Petitioner resides in and was detained in Leominster, Massachusetts.

## PARTIES & FACTS ALLEGED

7. The Petitioner is Rafael Rosa Venancio. He is the beneficiary of approved Special Immigrant Juvenile status with deferred action.

8. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

9. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

10. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

11. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

12. All respondents are named in their official capacities.

13. Petitioner was arrested under a warrant pursuant to 8 U.S.C. § 1226 (INA § 236) when he entered the United States on or around June 15, 2021. *See* Form I-200, Warrant for Arrest of Alien.

14. Petitioner was released on conditional parole under 8 U.S.C. § 1226 (INA § 236) on June 17, 2021. *See* Form I-286, Notice of Custody Determination; Form I-220A, Order of Release on Recognizance.

15. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

16. On information and belief, Petitioner is currently being arrested and detained in the District of Massachusetts by federal agents without cause and in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

1) Assume jurisdiction over this matter;
2) Order that Petitioner shall not be transferred outside the District of Massachusetts;
3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.
4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.
5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.
6) Grant any further relief this Court deems just and proper.

Dated: Sept. 17, 2025

Respectfully submitted,

*//ss// Samantha McHugh*

_____

Samantha McHugh, Esq.
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140
339-242-0659

smchugh@bandarlawoffice.com
*Counsel for Petitioner*