UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL ROSA VENANCIO,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>Respondents. | Civil Action No. 1:25-cv-12616-IT |

## ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 12] granting Petitioner Rafael Rosa Venancio's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by October 16, 2025, and Respondents' Status Report [Doc. No. 13] indicating Petitioner received a bond hearing on October 16 and was granted bond, this action is CLOSED.

IT IS SO ORDERED.

December 3, 2025                                        /s/ Indira Talwani
                                                        United States District Judge